UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – Western Division

| | |
|---|---|
| CARLY RODDY and SIMON RODDY, individuals,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-09248 SVW(JCx)<br>[LASC Case No.: 23SMCV04700]<br>Complaint Filed: October 5, 2023<br><br>**ORDER APPROVING JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>US District Judge: Stephen V. Wilson<br>Magistrate Judge Jacqueline Chooljian |

The Court, having reviewed the joint stipulation requesting voluntary dismissal of this action with prejudice, as executed by the above-captioned parties' counsel of record, and good cause appearing thereon, hereby ORDERS as follows:

1. Plaintiffs CARLY RODDY and SIMON RODDY ("Plaintiffs") action before this Court, which has been designated as Case Number 2:23-cv-09248 SVW-JC is **DISMISSED, with prejudice**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as to all of Plaintiffs' claims for relief against Defendant STATE FARM GENERAL INSURANCE COMPANY.

2. Each party shall bear their own costs, expenses, and attorneys' fees

**IT IS SO ORDERED**.

Dated: April 28, 2025

_____
Honorable Stephen V. Wilson
United States District Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**
2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.
3. I served copies of the following documents (specify the exact title of each document served):

**JOINT STIPULATION FOR VOLUNTARY DIMISSAL OF ENTIRE ACTION WITH PREJUDICE**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| David J. Furtado, Esq.<br>FURTADO LAW PC<br>3773 Cherry Creek North Dr, Suite 755<br>Denver, CO 80209<br>Telephone: (303) 755-2929<br>Email: dfurtado@furtadolaw.com<br>Email: mail@furtadolaw.com<br>Robert E. Roetzel<br>robert@furtadolaw.com<br><br>Eve Quandt<br>eve@furtadolaw.com | Attorneys for Plaintiffs CARLY RODDY and SIMON RODDY |

dfurtado@furtadolaw.com; mail@furtadolaw.com; robert@furtadolaw.com

5. a. ___ **BY ELECTRONIC TRANSMISSION**. By filing through the Court's CM/ECF system, which resulted in the generation of a Notice of Electronic Filing (NEF) confirming service on all registered CM/ECF users, including the person(s) listed above in item 4. Fed.R.Civ.P. 5(b)(2)(E), Central District Local Rule 5-3.2.

   b. ___ **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date):* See Below

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____    _____    _____
DATE           (TYPE OR PRINT NAME)    (SIGNATURE OF DECLARANT)

- 3 -
[PROPOSED] ORDER APPROVING JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

## **DECLARATION OF MESSENGER**

At the time of service, I was at least 18 years of age. I am not a party to the above referenced legal proceeding.

I served the envelope or package, as stated above, on *(date): See Below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\34000-000\34290\Pleadings\Federal\2025.04.23 [Proposed] Order for Stip to Dismiss.docx